WINDSOR CONTRACTING CORP., A NEW JERSEY COR-
PORATION, PLAINTIFF-RESPONDENT, CROSS-APPEL-
LANT, v. VINCENT BUDNY AND BUDNY'S TIRE SER-
VICE, DEFENDANTS - APPELLANTS, CROSS - RESPON-
DENTS.

Argued December 18, 1967—Decided December 22, 1967.

*Mr. Edward B. Meredith* for appellants (*Messrs. Meredith & Meredith,* attorneys).

*Mr. Anton J. Hollendonner* for respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Kilkenny in the Appellate Division, 93 *N. J. Super.* 235. Mr. Justice Proctor votes to reverse for the reasons given by Judge Goldmann in his dissenting opinion.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, SCHETTINO and HANEMAN—5.

*For reversal*—Justice PROCTOR—1.